UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62000-CIV-ALTMAN/Hunt

**MISMA RIVERA**, *individually and*
*on behalf of all others similarly situated*,

       Plaintiff,

v.

**PUBLIX SUPER MARKETS, INC.**,

       Defendant.

_____/

# ORDER

**THIS MATTER** comes before the Court upon the Plaintiff's Notice of Pending Settlement [ECF No. 8]. The Plaintiff represents to the Court that this matter has been resolved by settlement. The Court, having carefully reviewed the file, and being fully advised, hereby

**ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **thirty (30) days** of this Order.

2. If the parties fail to complete the expected settlement, either party may ask the Court to reopen the case.

3. Any pending motions are **DENIED AS MOOT** and any scheduled hearings are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of September 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record